```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

XIAO L. FONG,                       :

                Plaintiff,          :

     - against -                    :

MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,
                                    :
                Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2008

**ORDER**

07 Civ. 3010 (DC)

**CHIN, District Judge**

In an order dated March 19, 2008, the Court directed plaintiff to advise the Court in writing on or before April 14, 2008 whether she objects to the Government's motion to remand. The Court stated in its order that "[i]f plaintiff does not object or does not respond, the Court will grant the motion and remand for further proceedings before the Commissioner." The Court has not received an objection from plaintiff.

Accordingly, the Government's motion to remand is granted. The case is dismissed, without prejudice and without costs or fees. The Clerk of Court shall close the case.

SO ORDERED.

Dated:  New York, New York
        April 16, 2008

                              DENNY CHIN
                              United States District Judge